**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

WILFREDO TORRES
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
MATTHEW F. MILLER
THOMAS C. MILLER

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155
www.njp.uscourts.gov

July 24, 2007

RECEIVED
AUG 0 6 2007
JOSEPH A. GREENAWAY, JR.
United States District Judge

The Honorable Joseph A. Greenaway, Jr.
United States District Court Judge
50 Walnut Street
Newark, New Jersey 07102

RE:   MURILLO, Alexander
      Docket No. 04-00031-001

      *Recommendation for Expiration with*
      *Outstanding Fine*

Dear Judge Greenaway:

On September 12, 2005, the above-referenced was sentenced by Your Honor for Restructuring Transactions to Evade Reporting Requirements. Murillo was sentenced to a two-year probation term with the special conditions of financial disclosure to the probation office, and cooperation with Immigration and Customs Enforcement. In addition, he was ordered to pay a fine in the amount of $5,000.

Since commencement of supervision, Murillo has made a fair adjustment. His employment was sporadic, however, he has complied with all other conditions of probation. The offender has been trying to recover his cash bail which was posted while under Pretrial supervision. This money was reportedly never returned to him. Our office has contacted the U.S. Attorney's office who confirmed they have lifted any liens placed on the offender. Murillo has intentions on applying this money toward his fine.

During his supervision term, the offender's wife and children have resided in North Carolina. Murillo stayed in New Jersey due to having an open case with worker's compensation from a job-related injury and seeing doctors here. In February 2007, Murillo no longer wanted to be separated from his family, therefore, supervision was transferred to the Western District of North Carolina. Since his transfer, the offender has paid $200 toward his fine, maintaining a balance of $4,100.

The offender's sentence is due to expire on September 11, 2007. Unless Your Honor considers otherwise, the probation office recommends the supervision term be allowed to expire as scheduled since the fine order remains imposed as a final judgment, pursuant to Title 18, United Stated Code, Sections 3554 & 3613. The Financial Litigation Unit of the United States Attorney's Office will be notified of the expiration of supervision and will continue to pursue collection. If Your Honor requests an alternative course of action, please contact the undersigned at (973) 645-6242.

The Honorable Joseph A. Greenaway, Jr.
Page 2
July 24, 2007

## Expiration of Supervision with Outstanding Fine Balance

**U.S. v. Alexander Murillo**
**Dkt. No.: 04-00031-001**

✓ **Court approves of the offender's termination from supervision without further action.**

___ **Court disapproves of the offender's termination from supervision and instructs the Probation Office to return this matter to Court for a review hearing.**

Very truly yours,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Leslie M. Vargas
U.S. Probation Officer

/lmv