UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER FOR RETURN OF |
| VS. | : | DEPOSIT FOR BAIL |
| Alexander Murillo | : | RECOG. 39262<br>Case No. 03-MG-3586-01<br>04-CR-031-01 |

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for his appearance before this Court, and that the sum of Ten Thousand Dollars ($10,000.00) was deposited in the registry of this Court as security for the said recognizance; and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, and it further appearing that upon the recommendation of Chris Gramiccioni, Assistant U.S. Attorney that $3,950.00 of cash bail be applied to satisfy the balance of fine imposed on 04-CR-031-01, *IT IS THIS 2ND DAY OF SEPTEMBER, 2008,*

ORDERED that the remaining balance of Six Thousand Fifty Dollars ($6,050.00) be returned to Alexander Murillo, 800 Agape Drive No. 7, Mooresville, NC 28115 the surety of said recognizance.

GARRETT E. BROWN, CHIEF JUDGE
UNITED STATES DISTRICT COURT